UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| JAMEY D. COPE, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 13-420-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| GARY BECKSTROM, *Warden*, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Petitioner Jamey D. Cope filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, R. 1. Magistrate Judge J. Gregory Wehrman filed a Report and Recommendation ("R&R") that the Court deny Cope's petition. R. 20. Neither Cope nor the Warden has filed any objections to the R&R, and the time for filing objections has expired. *See* Fed. R. Civ. P. 72(b). Accordingly, it is **ORDERED** that the R&R, R. 20, is **ADOPTED** as the opinion of the Court. The petition for writ of habeas corpus, R. 1, is **DENIED**. The Court will issue a separate judgment.

This the 25th day of November, 2014.



Signed By:
*Amul R. Thapar* AT
United States District Judge